No. 98–5224. LAWHORN v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–5225. MICHAU v. MILLER ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–5226. CRESSEY v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–5227. CUNNINGHAM v. KENT ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–5228. MAYES v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–5229. MANLEY v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 98–5230. ANDERSON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 98–5231. COTTON v. FORDICE, GOVERNOR OF MISSISSIPPI, ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–5232. BYRD, AKA LAESSIG v. ROBISON ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–5233. BAGLEY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–5234. BOLLING v. RUSSELL COUNTY DEPARTMENT OF SOCIAL SERVICES ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–5235. DAVIS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 98–5236. HUGHES v. CORNELL ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–5237. FRANTZ v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.